UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20057-WILLIAMS

UNITED STATES OF AMERICA,

v.

EVELINA SOPHIA REID,

    **Defendant.**
_____/

## FACTUAL PROFFER

The United States of America and Evelina Sophia Reid ("Defendant" or "REID") agree that had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

Between January 1, 2011, and January 28, 2016, including on August 17, 2012, REID was part of a scheme to knowingly, and with the intent to defraud, possess thousands of unauthorized access devices, that is, names, dates of birth, and social security numbers issued to current and former patients at Jackson Health System ("JHS") in Miami, Florida.

Throughout this period, REID was employed as a unit secretary in the JHS surgical unit. In this capacity, REID had access to JHS's computer database, which contained personal identifying information ("PII") for both current and former patients. Over this five (5) year period, REID repeatedly used her position at the hospital to access the JHS computer database in an unauthorized manner that went beyond what her job responsibilities required. She did so in order to knowingly, intentionally, and voluntarily obtain, possess, and steal, without consent or permission, the names, dates of birth, and social security numbers of more than twenty-four thousand (24,000) current and former JHS patients. For example, on August 17, 2012, REID accessed 211 JHS patients' PII,

including the name, date of birth, and social security number of victim "E.D.," a JHS patient who had undergone multiple surgical procedures at the hospital. Law enforcement subsequently contacted E.D., who confirmed that he/she did not know REID, and did not authorize her to transfer, possess, or use his/her PII.

Additionally, on February 9, 2013, REID again intentionally exceeded her authorized access to a computer in order to access 406 JHS patients' PII. Likewise, and in the same manner, on July 4, 2014, she accessed 128 JHS patients' PII, and on March 27, 2015, she accessed 262 JHS patients' PII. Thereafter, and with the intent to defraud, REID sold the patient records on multiple occasions to co-conspirators, whom she knew intended to use the patient information to commit additional fraud. REID's involvement in the scheme is corroborated by, among other things, electronic records, victim and witness testimony, JHS audit documents, fraudulent income tax returns for patients whose information REID accessed, bank records, and her post-*Miranda* statements.

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt a violation of Title 18, United States Code, Sections 1029(a)(3), that, is, Possession of Fifteen or More Unauthorized Access Devices, and a violation of Title 18, United States Code, Section 1028A(a)(1), that is, Aggravated Identity Theft, as charged in the Indictment.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 7/7/17    By: _____
ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY

Date: 7/7/17    By: _____
ERIC COHEN
ATTORNEY FOR DEFENDANT

Date: 7/7/17    By: _____
EVELINA SOPHIA REID
DEFENDANT

2